# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR58 |
| v. | |
| JERRILEE BARAJAS, | JUDGMENT |
| Defendant. | |

In accordance with the Memorandum and Order entered today (Filing No. 116), judgment is entered in favor of the United States of America and against defendant Jerrilee Barajas.

Dated this 14th day of April 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge